THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN L. THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, *et al.*, <br><br> Defendants. | CASE NO. C24-5311-JCC <br><br> ORDER |

This matter comes before the Court *sua sponte*. On May 9, 2024, the Court conducted a pre-service review of Plaintiff's *in forma pauperis* ("IFP") complaint pursuant to 28 U.S.C. § 1915(a). Upon doing so, the Court directed Plaintiff to state a colorable claim through an amended complaint, filed within 21 days of the Court's order. (*See* Dkt. No. 6.) To date, Plaintiff has not done so. And while he has made additional submission(s), they are not responsive to the Court's order. (*See* Dkt. No. 7.) Accordingly, Plaintiff's complaint (Dkt. No. 5) is DISMISSED with prejudice.

DATED this 30th day of May 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-5311-JCC
PAGE - 1